UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Jonathan Stone, ESQ, CPA, MST, L.L.C.
Jonathan Stone, Esquire
490 Schooley's Mountain Road–Bldg. 3A
Hackettstown, New Jersey 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtors

FILED
JEANNE A. NAUGHTON, CLERK
SEP 19 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:

Richard Charles Lozirk and
Ida Mae Lozirk

Case No.: 19-25728

Chapter: 13

Judge: Gambardella

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is **ORDERED**.

9-19-19    _____
            USBJ

On request of _____ Jonathan Stone, Esquire _____ , to seal the following document(s),

Brief in Support of Motion to Withdraw

and the court having considered the request and any objection there to, it is

☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

☐ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

*rev.8/1/15*