UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Jonathan Stone, ESQ, CPA, MST, L.L.C.<br>Jonathan Stone, Esquire<br>490 Schooley's Mountain Road–Bldg. 3A<br>Hackettstown, New Jersey 07840–4002<br>Tel. (908) 979–9919 / Fax. (908) 979–9920<br>jonstonelaw@gmail.com<br>Attorney for Debtors | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>SEP 19 2019<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>Richard Charles Lozirk and<br>Ida Mae Lozirk | Case No.: 19-25728<br>Chapter: 13<br>Judge: Gambardella |

## ORDER CONCERNING REQUEST TO SEAL DOCUMENTS

The relief set forth on the following page is **ORDERED**.

9-19-19     /s/ Vincent F. Gambardella
            USBJ

On request of _____Jonathan Stone, Esquire_____, to seal the following document(s),

Brief in Support of Motion to Withdraw

and the court having considered the request and any objection there to, it is

- ☐ ORDERED that the request is denied and the underlying document(s) shall be deleted from the court's electronic filing system.

- ☐ ORDERED that the request is granted and the document(s) shall be sealed until the expiration of the judiciary records retention period at which time the document will be permanently deleted.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-25728-RG
Richard Charles Lozirk                                                          Chapter 13
Ida Mae Lozirk
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2019.
db/jdb          +Richard Charles Lozirk,    Ida Mae Lozirk,    92 Waterloo Road,    Budd Lake, NJ 07828-1206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2019 at the address(es) listed below:
          Jonathan   Stone    on behalf of Debtor Richard Charles Lozirk jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Jonathan   Stone    on behalf of Joint Debtor Ida Mae  Lozirk jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           Et Al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5