Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                              Case No.:  19−25728−RG  
                              Chapter:  13  
                              Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Richard Charles Lozirk                              Ida Mae Lozirk  
   92 Waterloo Road                                    aka IdaMae Lozirk  
   Budd Lake, NJ 07828                               92 Waterloo Road  
                                                                 Budd Lake, NJ 07828

Social Security No.:  
   xxx−xx−4687                                              xxx−xx−9551

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/28/19 and a confirmation hearing on such Plan has been scheduled for 3/4/20.

The debtor filed a Modified Plan on 2/28/20 and a confirmation hearing on the Modified Plan is scheduled for 4/1/20. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 2, 2020  
JAN: lc

                                                                                      Jeanne Naughton  
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 19-25728-RG
Richard Charles Lozirk                                                                        Chapter 13
Ida Mae Lozirk
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 2                    Date Rcvd: Mar 02, 2020
                              Form ID: 186                   Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2020.
```
db/jdb       +Richard Charles Lozirk,    Ida Mae Lozirk,   92 Waterloo Road,    Budd Lake, NJ 07828-1206
518407902     AFNI,   1310 Martin Luther King Drive,    PO Box 3068,   Bloomington, IL 61702-3068
518407901    +Affiliate Asset Solutions, LLC,   145 Technology Parkway NW,   Suite 100,
               Peachtree Corners, GA 30092-3536
518407904     Atlantic Health System,    PO Box 419101,    Boston, MA 02241-9101
518407906     Atlantic Health System,    PO Box 35610,    Newark, NJ 07193-5610
518407905     Atlantic Health System,    PO Box35610,    Newark, NJ 07193-5610
518416092    +Atlantic Neurosurgical Specialists,    c/o Fein Such Kahn & Shepard PC,
               7 Century Dr., Suite 201,   Parsippany, NJ 07054-4609
518407907    +Atlantic Neurosurgical Specialists,    310 Madison Avenue,   Suite 300,
               Morristown, NJ 07960-6996
518407908     B&B Collections, Inc,    PO Box 2137,   Toms River, NJ 08754-2137
518407909    +CardioNet, LLC,    PO Box 508,   Malvern, PA 19355-0508
518407910     Celentano, Stadtmauer & Walentowicz,    Notchview Office Park,   1035 Route 46 East,
               PO Box 2594,   Clifton, NJ 07015-2594
518407914    +Credit Control LLC,    245 East Roselawn,   Maplewood, MN 55117-1988
518524172    +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518407915    +Deutsche Bank Trust Company,    60 Wall Street,   New York, NY 10005-2858
518407916     Encore Receivable Management, Inc.,    400 N Rogers Road,   PO Box 3330,   Olathe, KS 66063-3330
518407917    +Faloni & Associates, LLC,    165 Passaic Avenue,   Suite 301B,   Fairfield, NJ 07004-3592
518407919     Fulton Friedman & Gullace, LLP,    PO Box 2123,   Warren, MI 48090-2123
518407925     HSBC,   PO Box 15521,   Wilmington, DE 19850-5521
518407921    +Hackettstown Anesthesia,    PO Box 13497,   Newark, NJ 07188-0001
518407923    +Hccredit/mabtc,    Po Box 829,   Springdale, AR 72765-0829
518407924     Home Depot Credit Services,    PO Box 689100,   Des Moines, IA 50368-9100
518407926    +L.C. System, Inc,    PO Box 64378,   Saint Paul, MN 55164-0378
518407929    +Leopold & Associates, PLLC,    80 Business Park Drive,   Suite 110,   Armonk, NY 10504-1704
518407928    +Leopold & Associates, PLLC,    Attn: Matthew M. Siti, Esquire,
               80 Business Park Drive - Suite 110,    Armonk, NY 10504-1704
518407932    +Medequip,   27 Brookline,    Aliso Viejo, CA 92656-1461
518407933    +Michael Harrison, Esq.,    3155 Route 10 East - Suite 214,   Denville, NJ 07834-3430
518407934     Morristown Emergency Medicat Associates,    PO Box 6312,   Parsippany, NJ 07054-7312
518407935    +Morristown Medical Center,    100 Madison Avenue,   Morristown, NJ 07960-6136
518407936   ++NEW JERSEY HEALTHCARE SPECIALISTS,    PO BOX 412138,   BOSTON MA 02241-2138
             (address filed with court: New Jersey Healthcare Specialists, PC,    PO Box 412138,
               Boston, MA 02241-2138)
518493272    +NJSVS,   Bankruptcy Unit,    PO Box 136,   Trenton, NJ 08601-0136
518407937    +Office of the Public Defender,    PO Box 850,   Trenton, NJ 08625-0850
518407938    +Overlook Hospital,    99 Beauvoir Avenue,   Summit, NJ 07901-3595
518407939    +Penn Credit Corp,    PO Box 1259,   Oaks, PA 19456-1259
518407941    +Radiology Associates of Hackettstown,    57 Route 46 East, Suite 212,
               Hackettstown, NJ 07840-2695
518407944    +Specialized Loan Servicing,    8742 Lucent Blvd,   Highlands Ranch, CO 80129-2386
518407945    +State of New Jersey,    Motor Vehicle Surcharge Violation System,    PO Box 1502,
               Moorestown, NJ 08057-9704
518407947    +Township of Mount Olive,    Tax Collector,   PO Box 450,   Budd Lake, NJ 07828-0450
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2020 01:02:18     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2020 01:02:15     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2020 01:04:03
               Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,   Norfolk, VA 23541-1021
518407900    +E-mail/Text: mreed@affcollections.com Mar 03 2020 01:02:21     Accurate Collection Services LLC,
               17 Prospect Street,   Morristown, NJ 07960-6862
518407903     E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 03 2020 01:02:11     Asset Acceptance L.L.C.,
               P.O. Box 2039,   Warren, MI 48090-2039
518407911    +E-mail/Text: bankruptcy@certifiedcollection.com Mar 03 2020 01:02:03
               Certified Credit & Collection Bureau,    PO Box 1750,   Whitehouse Station, NJ 08889-1750
518407912    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 01:01:54     Comenitybank/victoria,
               PO Box 182789,   Columbus, OH 43218-2789
518407913    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 03 2020 01:01:54     Comenitycb/piercingpgd,
               PO Box 182120,   Columbus, OH 43218-2120
518407920    +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2020 01:04:03     GE Money Bank-Lowes,
               ATTN: Bankruptcy Dept.,   PO Box 103104,    Roswell, GA 30076-9104
518407922    +E-mail/Text: lori.rudolph@atlantichealth.org Mar 03 2020 01:02:48
               Hackettstown Regional Medical Center,    651 Willow Grove Street,   Hackettstown, NJ 07840-1797
518407927     E-mail/Text: krivera@leadersfc.com Mar 03 2020 01:00:38     Leaders Financial Comp,
               21 Commerce Dr Fl 1,   Cranford, NJ 07016
518407931    +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2020 01:04:28     LVNV Funding LLC,
               15 S. Main St.,   Suite 600,   Greenville, SC 29601-2768
```

```
District/off: 0312-2          User: admin               Page 2 of 2                Date Rcvd: Mar 02, 2020
                              Form ID: 186              Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518407930      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2020 01:04:28      LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518407940      E-mail/Text: bankruptcy@proconsrv.com Mar 03 2020 01:02:10      Pro Consulting Services, Inc.,
                P.O. Box 66768,    Houston, TX 77266-6768
518512743      E-mail/Text: bnc-quantum@quantum3group.com Mar 03 2020 01:02:08
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518512744      E-mail/Text: bnc-quantum@quantum3group.com Mar 03 2020 01:02:08
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
518407942     +E-mail/Text: bankruptcy@savit.com Mar 03 2020 01:03:21      Sa-vit Collection Agen,    Po Box 250,
                East Brunswick, NJ 08816-0250
518407943     +E-mail/Text: bankruptcy@sccompanies.com Mar 03 2020 01:03:35      Seventh Avenue,    1112 7th Ave,
                Monroe, WI 53566-1364
518446949     +E-mail/Text: bankruptcy@sccompanies.com Mar 03 2020 01:03:35      Seventh Avenue,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
518411175     +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2020 01:04:03      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518407946      E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 03 2020 01:04:36
                T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015-3410
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518407918   ##+Fein, Such, Kahn & Shepard, P.C.,    7 Century Drive,    Parsippany, NJ 07054-4673
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Et
           Al... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Jonathan Stone    on behalf of Debtor Richard Charles Lozirk jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Jonathan Stone    on behalf of Joint Debtor Ida Mae  Lozirk jonstonelaw@gmail.com,
           bkecf_stone@bkexpress.info;r43620@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
           Et Al... kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```