**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>    RICHARD CHARLES LOZIRK<br>    IDA MAE LOZIRK<br>              Debtor(s) | Case No. 19-25728<br><br>Chapter 13 |

**CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

Marie-Ann Greenberg, previous Chapter 13 Standing Trustee for the period from the petition date through September 18, 2023, and Albert Russo, successor Chapter 13 Standing Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $38,550.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$38,550.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,950.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,309.45 |
| Other | $0.00 |
| Secured Creditors | $32,495.80 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Disbursements & Expense of Administration:** | **$37,755.25** |

**Balance Transferred to Successor Trustee**      **$794.75**

Dated: 10/12/2023

| | |
|---|---|
| /s/ Marie-Ann Greenberg | /s/ Albert Russo |
| Chapter 13 Former Trustee | Chapter 13 Successor Trustee |
| 30 Two Bridges rd | PO Box 4853 |
| Fairfield, NJ 07004 | Trenton, NJ 08650 |