Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–25728–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Charles Lozirk
92 Waterloo Road
Budd Lake, NJ 07828

Ida Mae Lozirk
aka IdaMae Lozirk
92 Waterloo Road
Budd Lake, NJ 07828

Social Security No.:
xxx–xx–4687

xxx–xx–9551

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: Richard Charles Lozirk and Ida Mae Lozirk
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: December 17, 2024
JAN: mlc

Jeanne Naughton, Clerk