Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:   19−25728−RG
           Chapter:   13
           Judge:   Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard Charles Lozirk | Ida Mae Lozirk |
| 92 Waterloo Road | aka IdaMae Lozirk |
| Budd Lake, NJ 07828 | 92 Waterloo Road |
| | Budd Lake, NJ 07828 |

Social Security No.:
  xxx−xx−4687                                           xxx−xx−9551

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Richard Charles Lozirk and Ida Mae Lozirk</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: December 18, 2024
JAN: mlc

                                                                <u>Jeanne Naughton, Clerk</u>