Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25728−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Charles Lozirk
92 Waterloo Road
Budd Lake, NJ 07828

Ida Mae Lozirk
aka IdaMae Lozirk
92 Waterloo Road
Budd Lake, NJ 07828

Social Security No.:
xxx−xx−4687

xxx−xx−9551

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: Richard Charles Lozirk and Ida Mae Lozirk
Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: December 17, 2024
JAN: mlc

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 19-25728-RG

Richard Charles Lozirk                                                                 Chapter 13

Ida Mae Lozirk

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 17, 2024 | Form ID: ntcfncur | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard Charles Lozirk, Ida Mae Lozirk, 92 Waterloo Road, Budd Lake, NJ 07828-1206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jonathan Stone | on behalf of Joint Debtor Ida Mae Lozirk jonstonelaw@gmail.com bkecf_stone@bkexpress.info;r43620@notify.bestcase.com;JonathanStoneESQCPAMSTLLC@jubileebk.net |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Dec 17, 2024 Form ID: ntcfncur Total Noticed: 1

Jonathan Stone
on behalf of Debtor Richard Charles Lozirk jonstonelaw@gmail.com
bkecf_stone@bkexpress.info;r43620@notify.bestcase.com;JonathanStoneESQCPAMSTLLC@jubileebk.net

Kevin Gordon McDonald
on behalf of Creditor Deutsche Bank National Trust Company as Trustee Et Al... kmcdonald@kmllawgroup.com,
bkgroup@kmllawgroup.com

Marie-Ann Greenberg
on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9