UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# NOTICE OF DEATH OR
# FINDING OF INCOMPETENCY OF A DEBTOR

I, _____, am the

❑ Executor (select if appointed by a will)

❑ Administrator (select if no will and appointed by a probate court)

of the estate of _____ (name of debtor),

❑ Other (identify relationship to debtor) _____,

and hereby certify as follows:

1. Debtor, _____ (name of debtor),

    ❑ died on _____ (date).

    ❑ was declared legally incompetent on _____ (date) by _____
    _____ (insert appropriate court).

**IMPORTANT: PLEASE DO NOT INCLUDE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP WHEN E-FILING THIS FORM. ENTER THE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP SEPARATELY, AS INSTRUCTED IN CM/ECF.**

2. The debtor's legal representative is _____

_____

_____ (if known, include title and contact information).

3. I do ❏ / do not ❏ have knowledge of the debtor's assets and liabilities, and financial aspects of the debtor's estate.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

Dated: _____          Signature: _____

                                                        Print name: _____

                                                        Address:  _____

                                                        _____

                                                        Filed by:  _____
                                                                     Attorney/Other

*rev.8/1/2024*