**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Richard Charles Lozirk** | Social Security number or ITIN  xxx–xx–4687 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Ida Mae Lozirk** | Social Security number or ITIN  xxx–xx–9551 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | **19–25728–RG** | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard Charles Lozirk                      Ida Mae Lozirk
                                            aka IdaMae Lozirk

<u>2/14/25</u>                              **By the court:** <u>Rosemary Gambardella</u>
                                            United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-25728-RG

Richard Charles Lozirk                                                        Chapter 13

Ida Mae Lozirk

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                 User: admin                                           Page 1 of 4

Date Rcvd: Feb 14, 2025                       Form ID: 3180W                                   Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor is advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Charles Lozirk, Ida Mae Lozirk, 92 Waterloo Road, Budd Lake, NJ 07828-1206 |
| 518407904 | | Atlantic Health System, PO Box 419101, Boston, MA 02241-9101 |
| 518407908 | | B&B Collections, Inc, PO Box 2137, Toms River, NJ 08754-2137 |
| 518407909 | + | CardioNet, LLC, PO Box 508, Malvern, PA 19355-0508 |
| 518407914 | + | Credit Control LLC, 245 East Roselawn, Maplewood, MN 55117-1988 |
| 518407916 | | Encore Receivable Management, Inc., 400 N Rogers Road, PO Box 3330, Olathe, KS 66063-3330 |
| 518407917 | + | Faloni & Associates, LLC, 165 Passaic Avenue, Suite 301B, Fairfield, NJ 07004-3592 |
| 518407919 | | Fulton Friedman & Gullace, LLP, PO Box 2123, Warren, MI 48090-2123 |
| 518407921 | + | Hackettstown Anesthesia, PO Box 13497, Newark, NJ 07188-3497 |
| 518407922 | + | Hackettstown Regional Medical Center, 651 Willow Grove Street, Hackettstown, NJ 07840-1797 |
| 518407923 | + | Hccredit/mabtc, Po Box 829, Springdale, AR 72765-0829 |
| 518407924 | | Home Depot Credit Services, PO Box 689100, Des Moines, IA 50368-9100 |
| 518407932 | + | Medequip, 27 Brookline, Aliso Viejo, CA 92656-1461 |
| 518407933 | + | Michael Harrison, Esq., 3155 Route 10 East - Suite 214, Denville, NJ 07834-3430 |
| 518407934 | | Morristown Emergency Medicat Associates, PO Box 6312, Parsippany, NJ 07054-7312 |
| 518407935 | + | Morristown Medical Center, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 518407936 | ++ | NEW JERSEY HEALTHCARE SPECIALISTS, PO BOX 412138, BOSTON MA 02241-2138 address filed with court:, New Jersey Healthcare Specialists, PC, PO Box 412138, Boston, MA 02241-2138 |
| 518493272 | | NJSVS, Bankruptcy Unit, PO Box 136, Trenton, NJ 08601-0136 |
| 518407937 | + | Office of the Public Defender, PO Box 850, Trenton, NJ 08625-0850 |
| 518407938 | + | Overlook Hospital, 99 Beauvoir Avenue, Summit, NJ 07901-3595 |
| 518407941 | + | Radiology Associates of Hackettstown, 57 Route 46 East, Suite 212, Hackettstown, NJ 07840-2695 |
| 518407947 | + | Township of Mount Olive, Tax Collector, PO Box 450, Budd Lake, NJ 07828-0450 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Feb 14 2025 20:45:38 | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | EDI: PRA.COM | Feb 15 2025 01:29:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

| 518407902 | | Email/Text: EBNProcessing@afni.com | | |
| | | | Feb 14 2025 21:13:00 | AFNI, 1310 Martin Luther King Drive, PO Box 3068, Bloomington, IL 61702-3068 |
| 518407900 | + | Email/Text: mreed@affcollections.com | | |
| | | | Feb 14 2025 21:13:00 | Accurate Collection Services LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 518407901 | ^ | MEBN | | |
| | | | Feb 14 2025 20:44:02 | Affiliate Asset Solutions, LLC, 145 Technology Parkway NW, Suite 100, Peachtree Corners, GA 30092-3536 |
| 518407903 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | | |
| | | | Feb 14 2025 21:13:00 | Asset Acceptance L.L.C., P.O. Box 2039, Warren, MI 48090-2039 |
| 518407906 | | Email/Text: customer.service@atlantichealth.org | | |
| | | | Feb 14 2025 21:12:00 | Atlantic Health System, PO Box 35610, Newark, NJ 07193-5610 |
| 518407905 | | Email/Text: customer.service@atlantichealth.org | | |
| | | | Feb 14 2025 21:12:00 | Atlantic Health System, PO Box35610, Newark, NJ 07193-5610 |
| 518416092 | + | Email/Text: ecourts.col_efilings@fskslaw.com | | |
| | | | Feb 14 2025 21:11:00 | Atlantic Neurosurgical Specialists, c/o Fein Such Kahn & Shepard PC, 7 Century Dr., Suite 201, Parsippany, NJ 07054-4609 |
| 518407910 | | Email/Text: dlewis@csandw-llp.com | | |
| | | | Feb 14 2025 21:13:00 | Celentano, Stadtmauer & Walentowicz, Notchview Office Park, 1035 Route 46 East, PO Box 2594, Clifton, NJ 07015-2594 |
| 518407911 | + | Email/Text: bankruptcy@certifiedcollection.com | | |
| | | | Feb 14 2025 21:13:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518407912 | + | EDI: WFNNB.COM | | |
| | | | Feb 15 2025 01:29:00 | Comenitybank/victoria, PO Box 182789, Columbus, OH 43218-2789 |
| 518407913 | + | EDI: WFNNB.COM | | |
| | | | Feb 15 2025 01:29:00 | Comenitycb/piercingpgd, PO Box 182120, Columbus, OH 43218-2120 |
| 518524172 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Feb 14 2025 21:12:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129 |
| 519112404 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Feb 14 2025 21:12:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518407915 | + | Email/Text: legal.process@db.com | | |
| | | | Feb 14 2025 21:12:00 | Deutsche Bank Trust Company, 60 Wall Street, New York, NY 10005-2807 |
| 518407918 | + | Email/Text: ecourts.col_efilings@fskslaw.com | | |
| | | | Feb 14 2025 21:11:00 | Fein, Such, Kahn & Shepard, P.C., 7 Century Drive, Parsippany, NJ 07054-4609 |
| 518407920 | + | EDI: SYNC | | |
| | | | Feb 15 2025 01:29:00 | GE Money Bank-Lowes, ATTN: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |
| 518407925 | | EDI: HFC.COM | | |
| | | | Feb 15 2025 01:29:00 | HSBC, PO Box 15521, Wilmington, DE 19850-5521 |
| 518407926 | + | EDI: LCIICSYSTEM | | |
| | | | Feb 15 2025 01:29:00 | L.C. System, Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518407927 | | Email/Text: krivera@leadersfc.com | | |
| | | | Feb 14 2025 21:11:00 | Leaders Financial Comp, 21 Commerce Dr Fl 1, Cranford, NJ 07016 |
| 518407930 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 14 2025 20:56:40 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518407931 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 14 2025 20:56:53 | LVNV Funding LLC, 15 S. Main St., Suite 600, Greenville, SC 29601-2768 |
| 518407929 | ^ | MEBN | | |
| | | | Feb 14 2025 20:44:57 | Leopold & Associates, PLLC, 80 Business Park Drive, Suite 110, Armonk, NY 10504-1704 |
| 518407928 | ^ | MEBN | | |
| | | | Feb 14 2025 20:44:58 | Leopold & Associates, PLLC, Attn: Matthew M. |

| | | | | |
|---|---|---|---|---|
| | | | | Siti, Esquire, 80 Business Park Drive - Suite 110, Armonk, NY 10504-1704 |
| 520392314 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 14 2025 21:11:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520362495 | + | Email/Text: ecfbnc@aldridgepite.com | Feb 14 2025 21:12:00 | NewRez LLC d/b/a Shellpoint Mortgage, c/o Jenelle C. Arnold, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520392313 | | Email/Text: mtgbk@shellpointmtg.com | Feb 14 2025 21:11:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 518407939 | | Email/Text: bankruptcies@penncredit.com | Feb 14 2025 21:12:00 | Penn Credit Corp, PO Box 1259, Oaks, PA 19456 |
| 518407940 | | Email/Text: bankruptcy@proconsrv.com | Feb 14 2025 21:13:00 | Pro Consulting Services, Inc., P.O. Box 66768, Houston, TX 77266-6768 |
| 518512743 | | EDI: Q3G.COM | Feb 15 2025 01:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518512744 | | EDI: Q3G.COM | Feb 15 2025 01:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518407942 | + | Email/Text: bankruptcy@savit.com | Feb 14 2025 21:14:00 | Sa-vit Collection Agen, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518446949 | + | EDI: CBS7AVE | Feb 15 2025 01:30:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518407943 | + | EDI: CBS7AVE | Feb 15 2025 01:30:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518407944 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 14 2025 21:12:00 | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518407945 | ^ | MEBN | Feb 14 2025 20:45:06 | State of New Jersey, Motor Vehicle Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |
| 518411175 | ^ | MEBN | Feb 14 2025 20:45:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518407946 | | EDI: AISTMBL.COM | Feb 15 2025 01:29:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520417661 | *+ | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520417660 | * | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 518407907 | ##+ | Atlantic Neurosurgical Specialists, 310 Madison Avenue, Suite 300, Morristown, NJ 07960-6967 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0312-2        User: admin        Page 4 of 4

Date Rcvd: Feb 14, 2025        Form ID: 3180W        Total Noticed: 63

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2025            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Jonathan Stone | on behalf of Debtor Richard Charles Lozirk jonstonelaw@gmail.com bkecf_stone@bkexpress.info;r43620@notify.bestcase.com;JonathanStoneESQCPAMSTLLC@jubileebk.net |
| Jonathan Stone | on behalf of Joint Debtor Ida Mae Lozirk jonstonelaw@gmail.com bkecf_stone@bkexpress.info;r43620@notify.bestcase.com;JonathanStoneESQCPAMSTLLC@jubileebk.net |
| Kevin Gordon McDonald | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9