Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 19−25728−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard Charles Lozirk<br>92 Waterloo Road<br>Budd Lake, NJ 07828 | Ida Mae Lozirk<br>aka IdaMae Lozirk<br>92 Waterloo Road<br>Budd Lake, NJ 07828 |

Social Security No.:
  xxx−xx−4687                                                   xxx−xx−9551

Employer's Tax I.D. No.:

---

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 13, 2025</u>                      <u>Rosemary Gambardella</u>
                                                     Judge, United States Bankruptcy Court